## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

United States of America,   Case No. 1:12cv253

    Plaintiff

vs.

M & M HAL Agency, Inc.,

    Defendants.

### ORDER

    This matter came on for hearing on May 8, 2012. James Coombe was present for plaintiff. The corporate representative of M & M HAL Agency, Beth Kahn, did not appear. After testimony was presented by plaintiff, the Court ORDERS as follows:

    Defendant M & M HAL Agency, Inc., and its corporate representative, Beth Kahn, is ORDERED to obey the summons previously issued and each and every requirement therein, by attending, testifying and producing all books, papers, records and other data as is required and called for by the terms of the summons before Revenue Officer Kenneth Donaldson, or any other proper officer or employee of the Internal Revenue Service at such time and place as may be fixed by Revenue Officer Kenneth Donaldson, or any other proper officer or employee of the Internal Revenue Service.

                                            /s/ *Stephanie K. Bowman*
                                           United States Magistrate Judge